**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GARRY VOORHEES, As Son Of The Decedent And Beneficiary Of The Estate Of Norman Voorhees**

    Plaintiff,

v.                                               Case No: 5:16-cv-561-Oc-30PRL

**HELENE AFRICANO**

    Defendant.

## ORDER

On September 26, 2016, the parties filed a joint stipulation (Doc. 16) in which they agreed to a resolution of Plaintiff's motion for temporary restraining order (Doc. 11). Pursuant to the stipulation (Doc. 16), the exact terms of which are set forth here and which moots Plaintiff's previous motion (Doc. 11), it is ordered that:

1. Defendant shall not alienate, sell, or otherwise dispose of the real property held by the Norman E. Voorhees Trust without further order of the court or stipulation of the parties.

2. Defendant shall have continued access to the Bank Accounts held by the Norman E. Voorhees Trust for the sole purpose of paying the expenses associated with the real property held by the Norman E. Voorhees Trust, and shall provide a monthly accounting to Plaintiff for such expenses without further order of the Court or stipulation of the parties.

3. Defendant shall provide the receipt evidencing the balance of the original Bank of America Account for The Norman E. Voorhees Trust as of August 15, 2016 and the deposit

- 2 -

documents for those funds removed from the Original Trust Account and deposited into the New Trust Bank of America Account.

4. Defendant shall provide an accounting of the September bills paid from the New Trust Bank of America Account to the Plaintiff.

5. Defendant shall disclose any further Norman E. Voorhees Trust property if such property is discovered.

6. The order will remain in effect until the issues in this case are resolved or until further order of the Court.

7. No security shall be required of Plaintiff

**DONE** and **ORDERED** in Ocala, Florida on September 27, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties